IN THE MIDDLE DISTRICT OF PENNSYLVANIA

William Brandon Cummings,
v.
Plaintiff

J. Schickvam; V. Blommel; B. Testen; Steve Barratta; Andrew Newton; J. McCord; D. Foulds; C.O. Kopinski; J. Tedesco; C. Ramos-Lopez; D. McCoy; J. Maul; Jonathan Simpson; D. Maul; Kevin Bly; William Purnell; P. Moser; Ricky Vasquez; J. Gutierrez; ~~Doe~~ John Doe 1; John Doe 2; P. Ferguson; D. Powers; John Connolly; Schade; D. Drum; Dr. Chuma; Weller; Sadler; David Warren; J. Conquest; S. Thompson; C. Lyons; John Doe 3; John Doe 4; John Doe 5; John Doe 6; John Doe 7; John Doe 8; John Doe 9; John Doe 10, individually and in their official capacities

Defendants

Complaint

Civil Action No.

1:21-CV-1006

FILED
SCRANTON
JUN - 7 2021
PER ____ DEPUTY CLERK

① This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

② The Middle District of Pennsylvania is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where events giving rise to this claim occurred.

③ Plaintiff, William Brandon Cummings, is and was at all times mentioned herein a prisoner of the Commonwealth of Pennsylvania in the custody of the Pennsylvania Department of Corrections (DOC), currently confined in SCI-Frackville, in Frackville, PA.

④ Defendants, Andrew Newton, Jonathan Simpson, Kevin Bly, William Purnell, P. Moser, John Doe 1, John Doe 2, John Doe 3, John Doe 4, ~~John Doe 5~~, John Doe 5, John Doe 6, ~~John Doe 6~~, John Doe 7, John Doe 8, John Doe 9, John Doe 10, J. Schickram, V. Blommel, B. Testen, J. McCord, P. Foulds, T. Kopinski, J. Tedesco, C. Ramos-Lopez, D. McCoy; J. Maul; D. Maul; Ricky Vasquez; J. Gutierrez; C.O. Beech; P. Ferguson; Powers; Schade; D. Drum; Dr. Chuma; C.O. Weller; Counselor Sadler; David Warren; J. Conquest; S. Thompson; C. Lyons; are legally responsible for the operation and for the welfare of all the inmates in the Behavior Management Unit at SCI-~~Fac~~ Frackville. (BMU), John Connolly as well

⑤ Defendants Andrew Newton and Dr. Chuma were psychology staff at all times ~~in~~ mentioned in this complaint. Simpson, Bly, Purnell, and Moser, ~~were~~ Connolly and McCoy were all either shift commander or direct supervisor of the BMU at SCI-Frackville. Schickram, Blommel, Testen, McCord, Foulds, Kopinski, Tedesco, Ramos-Lopez, J. Maul, D. Maul, Vasquez, Gutierrez, Beech, Ferguson, Powers, Schade, Drum, Weller, Lyons, Sadler, Warren, Conquest, Thompson, John Doe 1-10 were all staff in the BMU and were assigned thereat on the days these events happened.

⑥ Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

FACTS

① DC-ADM policy 13.8.1, ~~states~~. section 2 - constant watch, states. all personal clothing shall be removed from inmate and an anti-suicide smock and BLANKET shall be provided.

② On several occasions Dr. Newton refused the Plaintiff a blanket in direct violation of DC-ADM 13.8.1 and all staff herein are to be trained and they are to know each Policy governing the BMU also known as the Psychiatric Observation Cell (POC). Dr. Newton purposely and with knowledge of the violation of Policy 13.8.1, refused to provide Plaintiff with the blanket. And when Plaintiff begged staff to provide blanket, staff more often than not that refused to provide blanket by laughing, refusing him food, literally ε torturing inmate. There is a culture of this sort of torture at SCI-Frackville approved by Bly, Simpson, Purnell and Moser as direct supervisors of the BMU/POC as well as McCoy. In approximately January 2020, when there was a deep freeze in Pennsylvania, when the artic blast came down from Canada Dr. Newton ^see refused the Plaintiff a blanket. The ~~b~~ POC cell the Plaintiff was in, Number 2 and 3, had major cracks in the roof and window; so the Plaintiff was in the POC cell in below freezing temperitures for several nights while each Defendant herein laughed and refused him blanket requests and food at times. The Plaintiff specifically told defendants Schickram, Blommel, Testen, McCord, Foulds, Kopinski, Tedesco, Ramos-Lopez, McCoy, Maul, Simpson, Vasquez, Gutierrez, John Doe 1-10, Ferguson, its freezing in here I'm cold, its

been days and no one has given me a blanket and you guys burn me for my food, please get me a blanket and some food, all requests were ignored for the blanket and food was given sometimes with each defendant named stating, just leave the POC. I was being punished for asking for help at SCI-Frackville. I have a history of mental health and each defendant knows this and tortured me because of it. Its general knowledge staff at SCI-Frackville refuse black inmates blankets in the POC.

③ BMU/POC staff refuse inmates showers, tooth paste, tooth brush, soap, and grooming materials in order to coerce inmates out of the BMU/POC, so they can go back to general population or solitary confinement and commit suicide. All inmates are allowed grooming materials per policy, but the inmate must give them back when finished with them, but staff at SCI-Frackville refuse these materials regardless, if you're a black inmate.

④ These issues were brought to the administration by grievance numbers 847968, 863076, 866682, 866804, 868748, 868755, 868942, 870731, 791355, 820376. Every single grievance I've appealed except one, was never responded to. Grievance 791355 was never responded to once POC Central Office remanded it. It is policy that inmates are to sign for all grievances and responses, but the record will show I never signed for any response by the remand grievance numbered at 791355. Several "on-call" psych staff John Doe 1-10, refused blanket, showers, grooming material as well, violating 13.8.1 and knew it, purposely doing it. John Doe BMU staff too

(5) Staff purposely refuse to answer grievances at SCI-Frackville. I have several documents that prove staff, constantly, sabotage the grievance process and misconduct process. (Please note I know misconducts can't be used here, but they have to in this case because it shows the pattern of due process violations by staff at SCI-Frackville, they sabotage both grievances and misconducts.) Staff have refused to give the Plaintiff responses to both misconducts and grievances, in order to sabotage said process, which the Plaintiff is entitled to have per DC-ADM Policies 801 and 804. Plaintiff was even refused legal mail and was stopped sending mail to Delaware County, PA for his case he's in prison for. Its general knowledge staff here does this.

(6) On several occasions in the BMU starting in approximately January 2019, staff started doing pat searches on the Plaintiff's skin unnecessarily and against DOC policy, just to harass the Plaintiff, all which are on camera. This was done to purposely make the plaintiff upset and to antagonize. Plaintiff begged staff not to do this, but they'd done it anyway, ordered by William Punnell. Pat searching a naked inmate serves no purpose other than sexual gratification for the officers or to further torture inmate.

(7) Lack of showers and food resulted in the Plaintiff getting several bumps, filled with puss on his arms, face, legs and chest and loss of weight. The DOC cell are filthy

and the Plaintiff received ant bites on his arms as well as spider bites, both resulting in bumps his puss, that left marks and hurt like hell. there was even a mouse in the POC. A doctor ordered, hydrocortisol creme, For the bumps a few months ago, but the bumps never went away.

~~⑧ there are~~ ~~EXT~~ EXHAUSTION OF LEGAL REMEDIES

① Plaintiff, William Cummings, used the grievance procedure at SCI-Frackville to try to solve this problem in the BMU/POC. Grievances were Filed on March 2019, August 2019, January 2020, may 2020, 6/20 all of which were sabotaged by staff at SCI-Frackville and/or not answered to, and if they were answered Plaintiff never received a copy of the response. Its policy that all inmates are to sign for all grievances and appeals thereto at SCI Frackville, and plaintiff never had a chance to Fully pursue these claims in SCI-Frackville due to the sabotaging of staff, they violated the plaintiffs due process right to. For ~~purposels~~ purposes of exhaustion Plaintiff has exhausted any and all available remedies in the DOC and the only available remedy is this lawsuit.

Legal Claims

① Plaintiff was tortured by staff in the BMU/POC starting in 2018 until 2020 by being refused blankets, Food, and mattresses by DOC named herein. Dr. Chuma was begged For blankets, Food, and mattresses but refused as well, he'd been asked by Plaintiff For showers, soap, tooth paste, and tooth paste and refused. Sabotaging my legal case I'm in prison for by stopping my mail From going out of prisoner

(2) No blanket, clearly violates [illegible] and the 8th Amendment to the U.S. Constitution, as well as the refusing of showers, Food, bug bites, refusing of mattresses, refusing of grooming materials.

(3) This is only done to black inmates and SCI-Frackville has a history of refusing black inmates these essential items, based solely on skin color. Unnecessary touching is an 8th Amendment violation on bare skin.

(4) the 14th Amendment is violated here clearly by staff at SCI-Frackville refusing to answer and/or provide the plaintiff the documents needed to exhaust all available remedies in the DOC, provided by state law.

(5) the plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

(1) A ~~det~~ declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States. I am requesting in Forma pauperis status, as well.

(2) A preliminary and permanent injunction ordering all defendants named herein to stop refusing inmates blankets, Food, appeals to DC-ADM 801 and 804.

(3) Plaintiff seeks compensatory and punitive damages in the amount this court and a jury seems Fit to deter this behavior.

(4) A jury trial on all issues triable by jury.

(5) Plaintiff's ~~costs~~ costs in this suit.

(6) Any additional relief this court deems just, proper and equitable.

Dated: 6/3/21 [signature]

Respectfully submitted,

William Brandon Cummings GX8328
1111 Altamont Blvd
Frackville, PA 19219

Verification

I have read the foregoing ~~a~~ complaint and hereby verify ~~the~~ that the matters alleged therein are true, except ~~to~~ as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Frackville, PA on 6/3/21

[signature]

William Cummings

EXHIBIT

A

27

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

cc: OPR, OSII, BII, Gov. Wolf, RDS, Sec. Wetzel

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) D. Hine / Mailroom Supervisor | 2. Date: 5/28/20 |
| 3. By: (Print Inmate Name and Number) William Cummings GX8328 | 4. Counselor's Name: |
| W — Inmate Signature | 5. Unit Manager's Name: |
| 6. Work Assignment: | 7. Housing Assignment: EB1027 |

8. Subject: State your request completely but briefly. Give details.

ms Hine once again COs here have stopped my mail from going out the central office, claiming I used all of the envelopes. Can you please make sure this letter gets to central office. And actually I have 2 envelopes left to use, but Im not going to. thanks.

PS Did you mail the 3 I sent you a few days ago when they did this same exact nonsense? I never received your response from the request. Please respond, Thanks.

9. Response: (This Section for Staff Response Only)

MR CUMMING,
IT WILL BE MAILED OUT TODAY,
I DONT REMEMBER BUT IF THEY ~~AR~~ WERE NOT RETURNED THEY PROBABLY WERE.

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME Hine (Print) HINE (Signature) DATE 6-1-20

Form DC-135A

Commonwealth of Pennsylvania
Department of Corrections

**INMATE'S REQUEST TO STAFF MEMBER**

cc: Chief Grievance Officer, OPR, OSII, BII, PREA Compliance Coor. Central Office, RDS Grievance, Sec. Wetzel, Gov. Wolf

RECEIVED
MAY 19 2020
SCI-Frackville
Superintendent's Office

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) T. Newberry

2. Date: 5/15/20

3. By: (Print Inmate Name and Number) William Cummings GX8328

W
Inmate Signature

4. Counselor's Name:

5. Unit Manager's Name:

6. Work Assignment:

7. Housing Assignment: EB1027

8. Subject: State your request completely but briefly. Give details.

I need some grievance appeal forms for the facility manager, I need 15 and I need 15 chief Grievance Officer appeal forms. 15. thats 2nd & 3rd level grievance appeal forms, 15 each. COs back here do not know what they are and they do not hand them out when asked, especially CO Kraner, he'd given me 3rd level grievance forms when I'd asked for 2nd level forms, he probably can't read that well. Please send them w/ MS Styka, I trust she'll give them to me.
Also the rejected grievance 867470, this is not meant to be a PREA complaint, these COs are just bizarre in what they do. On grievance 864269 Wynder responds to that grievance stating COs interact w/ me using a female voice etc., thats not what I'd said, I'd stated they use some sort of microphone device that comes into this cell and they make themselves sound like females, its all really bizarre. But anyway, you can withdraw the 867470 grievance all together b/c its not a PREA, I have 3 in already and I'm not trying to saturate those guys w/ PREAs when I know its hard to prove words, especially when they have on masks now. But the camera does not lie, the unnecessary pat searches are a home run! So thanks in advance, sorry For all of this, just tell them to transfer me.

9. Response: (This Section for Staff Response Only)

- You need to address the above listed grievances & appeals.
- I sent them to Ms. Styka to print for you.

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME ______ Print ______ J Newberry Signature DATE 5/20/20

RECEIVED
APR 0 9 2020

| DC-141, Part 2 (E) Misconduct Hearing Appeal | COMMONWEALTH OF PENNSYLVANIA | | |
|---|---|---|---|
| DC Number GX8328 | Name William Cummings | Facility FRA | No. From Part 1 |

I was found guilty of misconduct number D 376582 on 3/31/20 (date)

by the Hearing Examiner, and I wish to appeal that decision on the following grounds.

Check Area(s) Involved

☑ a. the procedures employed were contrary to law, Department directives, or regulations;

☑ b. the punishment is disproportionate to the offense; and/or

☑ c. the findings of fact were insufficient to support the decision.

Below is a brief statement of the facts relevant to my claims(s). It includes the identity of all persons who may have information that may be helpful in resolving this matter.

The misconduct hearing was NOT held within 7 working days after it's SERVED. It is a clear violation of DC ADM 801. ~~It should be dismissed~~ ~~[illegible]~~ It must be dismissed per DC-ADM 801. The misconduct was served on 3/11/20 and the hearing wasn't held until 3/31/20, that 20 days later. I was on no restriction ~~[illegible]~~ for more 13 of the 20 days. CO Kenton refused to take me to the hearing for personal reasons. None of this was my person's fault. this misconduct must be dismissed. Hopefully the PRC committee receives this appeal and answer it. I'm having problems with misconduct appeals as of late, no one is answering them nor am I receiving any response. I even told CO Kenton ~~to~~ I'd like to go to the hearing on the 24th & 26th of March, 2020, but he refused to take me there, please look at the video for this cell EB1023 on March 26, 2020 at approx 12pm when Kenton and CO O'Boyle refused me the opportunity to go to the hearing. this misconduct must be dismissed, he violated my person's due process. Kenton sabotaged my hearing. Also per policy my person was given an aggregate of 60 plus days DC-time, I'm a code "C" on the mental health roster and cannot receive more than 30, please in the alternative run all DC time concurrent from 3/10/20, to be within policy. ~~[illegible]~~

[signature] — Inmate's Signature

4/11/20 — Date

CC: Chief Hearing Examiner

*DC-ADM 801, Inmate Discipline Procedures Manual*
*Section 5 – Appeals*
Issued: May 20, 2015
Effective: July 2, 2015

*Attachment 5-A*

TO: CH.HEX



| DC-141, Part 2 E<br>Misconduct Hearing Appeal | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS | | |
|---|---|---|---|
| DC Number<br>GX8328 | Name<br>William Cummings | Facility<br>FRA | No. From Part 1 |

I was found guilty of misconduct number D521712 - on 5/14/20 (date)

by the Hearing Examiner, and I wish to appeal that decision on the following grounds:

Check Area(s) Involved

☑ a. the procedures employed were contrary to law, Department directives, or regulations;

☑ b. the punishment is disproportionate to the offense; and/or

☑ c. the findings of fact were insufficient to support the decision.

Below is a brief statement of the facts relevant to my claims(s). It includes the identity of all persons who may have information that may be helpful in resolving this matter.

I still have the same matters that need resolving and want the same relief as the initial appeals to PRC & the Facility Manager. the misconduct was not served according the DC-ADM 801, on the actual misconduct neither box is checked For "Forms Given to inmate" this is a clear violation of DC-ADM 801, the misconduct must be dismissed based on this. Neither PRC or the Facility Manager addresses this matter, per policy the misconduct must be dismissed. Also the misconduct states a cell inspection was done but on the CIK it states a general search was done. this is contradictory and insufficient to support the decision of guilt b/c the CO who actually issued the misconduct is confused as to what he did, it's obvious. No photos appeared at the hearing of the sheet or Fishing line. the CO was needed to bring clarity to the hearing, either he searched or inspected, there's a major difference between the 2. Per DC-154 I'm supposed to be present during a general search, I was in the shower, this policy is violated as well. I'm confused and I stated this at the misconduct hearing this is why the inmate version is needed because the HEX failed to state my confusion, had I received the inmate version it would be therein. IF COs don't need to served the misconduct with the inmate version and witness & representation Form please let me know, a memo change must come From Central office giving inmates notice, which I haven't received. I'm just still really confused about this whole process, why no one addressed the fact that those forms weren't given but the HEX did not dismiss and the Fact both PRC & the Facility Manager try to justify these violations are wholely outrageous and confused. No policy is quoted by either only some carefully put together words, totally ignoring the clear violations. I have a liberty interest in this misconduct being dismissed b/c I have a commutation pending.

[signature] 6/3/20

Inmate's Signature    Date

White – DC-15    Yellow- Inmate    **Revised 2/01**

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>CC: OPR, OSII, BII, RDS, Sec. Wetzel, Gov. Wolf, DOJ, Personal File. | Commonwealth of Pennsylvania<br>Department of Corrections<br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Supt. Brittain | 2. Date:<br>6/10/20 |
| 3. By: (Print Inmate Name and Number)<br>William Cummings GX8328<br>W<br>Inmate Signature | 4. Counselor's Name:<br><br>5. Unit Manager's Name: |
| 6. Work Assignment: | 7. Housing Assignment:<br>EB/1027 |

8. Subject: State your request completely but briefly. Give details.

Because of the inordinate delay regarding the second level appeal of grievance number 866682, I am moving forward to the Chief Grievance Officer at Central Office. I've written you several requests but you've never responded to my appeal filed on 5/22/20.

This is a common thing regarding my appeals to you, either you are ignoring my appeals or staff is sabotaging my appeals.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME ____________________ ____________________ DATE ________
Print Signature

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br>cc: OPR, OSII, BII, Gov. Wolf, KDS, Sec. Wetzel, Personal File | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>K. Brittain / Supt. | 2. Date:<br>6/4/20 |
| 3. By: (Print Inmate Name and Number)<br>William Cummings GX8328<br>W<br>Inmate Signature | 4. Counselor's Name:<br><br>5. Unit Manager's Name: |
| 6. Work Assignment: | 7. Housing Assignment:<br>EB1027 |

8. Subject: State your request completely but briefly. Give details.

I sent you a request slip on 5/28/20 asking did you receive my appeal to grievance no. 866682? Its 6/4/20 and you haven't responded, did you receive said request, please tell me or not? Have you responded to the grievance. (866682) b/c its been 14 days and I haven't received a response by you.

Also I am requesting a copy of all documents in misconducts D390169, D379996, D376582, and D379971, also D390008. I requested my counselor for these documents but she hasn't returned my or responded and she didn't come by the RHU last week nor send said copies. I know she's busy, neither has PRC responded to the requests for the 1st level appeals of these misconducts, or the 2nd level to you regarding these misconducts. I need to exhaust my remedies and send everything to Mechanicsburg, Central Office. Please help or should I just send Mechanicsburg, Central Office, these requests and a misconduct appeal form for all 5 misconducts? Please respond per 7.2.1 DC-ADM time guidelines. Thanks in advance for your help. Everyone is ignoring me. Please help. PS. All of my copies to these misconducts were ruined on approx. 4/17/20 in the RHU when my cell (23 cell on EB) was flooded by other inmates, please check the maintenance log and cameras to verify. thanks ms B.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME ______________________ ______________________ DATE ________
Print Signature

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: FRA | DATE: 6/29/20 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) William Cummings GX8325 | SIGNATURE OF INMATE: William Cummings | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: EB1027 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Continued/ I've been to 7 prisons and this is the only prison where an inmate is pat searched while in a smock. At SCI-Dallas, when admitted into the POC, the strip search is done in the POC room and the inmate is not pat searched afterwards; At SCI-Coal township when admitted into the POC the strip search is done in the RHU strip cage and the inmate is walked to the POC in medical and at no time is the inmate pat searched; At SCI Graterford, when it was opened, the strip search was done in the POC and the inmate was not pat searched afterward; At SCI-Fayette the strip search is done the same way as above mentioned, and the inmate is not pat searched afterward. This is the only prison that does this and from the inmates I've spoken to, they've never been pat searched after being admitted into the POC or back while still in a suicide smock. So how come I'm the only prisoner this has happened to? This is done as a deterrent so I won't ask for help when I'm going thru a mental health crisis.

B. List actions taken and staff you have contacted, before submitting this grievance.

Shift Commanders Capt. William Rozel (?) & P. Moser and BMU Lts D. McCoy & J. Simpson saw this harassment and ensure the recorded camera transmits to them in the BMU, all these officials are sanctioning my harassment as well, the BMU strip cage camera, when it works

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator ______________________ Date ______________

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy GOLDEN ROD Inmate Copy

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review***
Issued: 1/26/2016
Effective: 2/16/2016

***Attachment 1-A***

2 of 2 pages

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
| --- |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: FRA | DATE: 6/[illegible]/21 |
| --- | --- | --- |
| FROM: (INMATE NAME & NUMBER) William Cummings [illegible] | SIGNATURE OF INMATE: William Cummings | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: [illegible] | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I am [illegible] my person being diagnosed with a current serious mental illness, but being in the RHU for 84 continuous days on 5/28/20, as of today it's 100 days, w/ this SMI diagnosis. Per the [illegible] DC consultation for Disciplinary Disposition form on every single misconduct my person has received in the DOC, the most recent - D340164, D379971, D376552, D374446, D521113, D561712. If my person does not have SMI, there is no way my person is to be in the RHU more than 30 days or even less. If the correct evaluation is done, [illegible] "yes" to the question, "Are there any contraindications for [illegible] segregation due to [illegible] inability to tolerate sanctions?" If my person has a history of [illegible], serious personality disorder, suicide attempt history [illegible] SMI, as of today, how [illegible] inability to tolerate sanctions? [illegible] I am constantly [illegible], lose weight, [illegible] leave this cell and get no exercise because of it. [illegible] 30 days RHU D- [illegible], why am I in the RHU for 100 and counting? [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible] I feel hopeless about my being released [illegible] I want compensatory and punitive damages [illegible] Attached [illegible] a copy of the MH/ID Consultation for [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator      Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

Attachment: MH/ID DD Form for misconduct no. D340164
FSC, DC141 PART 4

Dear Clerk, 6/3/21

Please make copies of the complaint and send it to the Defendants, with the waiver. I've been threatened the complaint won't make it to you guys and they'll search my cell so I don't have a copy, so I'm sending you everything I have, exhibits every thing. Please help, they're evil in here as you'll read. Please help. Charge me later if you need to for the copies. thank you and God bless you. please be careful, Sgt. Scarpatti is dangerous and threatened me and yall.

William Cummings

William Cummings GX8328
~~PO BOX~~ 1111 Altamont Blvd
Frackville, PA 17214
(legal mail)

RECEIVED
SCRANTON
JUN 0 7 2021
PER [signature] DEPUTY CLERK

Clerks
USDC
PO BOX
Scranton