UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CUMMINGS,               :

    Plaintiff                      :     CIVIL ACTION NO. 1:21-1006

v.                                              :         (MANNION, D.J.)
                                                       (CARLSON, M.J.)
                                                  :

J. SCHICKVAM, et al.,

    Defendants

## ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The October 12, 2021 report of Judge Carlson, **(Doc. 67)**, is **ADOPTED IN ITS ENTIRETY**.

2. The plaintiff's amended complaint, **(Doc. 63)**, is **DISMISSED WITH PREJUDICE** with respect to all of its claims and against all defendants except for the below stated claims and defendants. Specifically, this case will **PROCEED** only with respect to the allegations contained in paragraphs 9, 15-17, 19, 21, 22, 23, 30, 31, 32, 39 and 46 of the amended complaint, (Doc. 63). The amended complaint will only

proceed against the 22 defendants who are alleged to be personally involved with the remaining claims, namely: J. Storm, P. O'Boyle, Zaremba, Yordy, Poccione, Turner, Robert Cress, W. Knappenberger, Newton, Chuma, Hearing Officer Weiderhold, Luksh, Blommel, Lawrence, Aaron Walter, Chris Schultz, J. Simpson, Schickvam, Vanessa Horvath, Young, Voekler, and Clews.

3. The objections of the plaintiff, **(Docs. 68, 69 & 71)**, are **OVERRULED**.

4. The plaintiff's motion for leave of court to file a SAC, **(Doc. 70)**, is **DENIED**.

5. The Clerk of Court is directed to **REMAND THIS CASE** to Judge Carlson for further proceedings consistent with this Order and for service of the plaintiff's amended complaint on the remaining 22 defendants to respond to the remaining claims alleged in the above stated paragraphs.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 4, 2022**
21-1006-02-Order