UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CUMMINGS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:21-1006 |
| v. | : | **(MANNION, D.J.)** |
| | : | **(CARLSON, M.J.)** |
| | : | |
| **J. SCHICKVAM**, *et al.*, | : | |
| Defendants | : | |

### ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The January 27, 2022 report of Judge Carlson, **(Doc. 86)**, is **ADOPTED IN ITS ENTIRETY**.

2. The plaintiff's motion for reconsideration, **(Doc. 85)**, with respect to the court's Order, (Doc. 75), adopting the prior report, (Doc. 67), is **DENIED**.

3. The objections of the plaintiff, **(Docs. 88 & 91)**, to the report are **OVERRULED**.

- 2 -

4. The clerk of court is directed to **REMAND** this case to Judge Carlson for further proceedings.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 31, 2022**
21-1006-03-Order