# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CUMMINGS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:21-1006 |
| v. | : | (MANNION, D.J.) |
| | : | (CARLSON, M.J.) |
| **J. SCHICKVAM**, *et al.*, | : | |
| Defendants | : | |

## ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The April 18, 2022 report of Judge Carlson, **(Doc. 109)**, is **ADOPTED**.

2. The plaintiff's motion for reconsideration, **(Doc. 106)**, of the court's Order, (Doc. 105), granting Dr. Newton's motion to dismiss, (Doc. 83), is **DENIED**, and Dr. Newton shall remain **DISMISSED** from this case.

- 2 -

3. The clerk of court is directed to **REMAND** this case to Judge Carlson for further proceedings, including deciding plaintiff's outstanding motions, Docs. 100, 103, 110 & 111.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 8, 2022**
21-1006-05-Order