UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM B. CUMMINGS, | |
| Plaintiff, | CIVIL ACTION NO. 1:21-CV-01006 |
| v. | (SAPORITO, J.)<br>(CARABALLO, M.J.) |
| J. SCHICKVAM, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 22nd day of October, 2025, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Caraballo (Doc. 208) is **ADOPTED** as to the following claims: (1) First Amendment retaliation claims against defendants Horvath, Lawrence, Luksh, Blommel, and Simpson; (2) Fourteenth Amendment Due Process claims against defendants Weiderhold, Storm, and O'Boyle; and (3) Eighth Amendment condition of confinement claims against defendants Zaremba, Yordy, Turner, Cress, Knappenberger, Chuma, and Poccione.

2. The defendants' motion for summary judgment (Doc. 196) is **GRANTED** in part and **HELD IN ABEYANCE** in part consistent with this memorandum.

3. The defendants' motion is **HELD IN ABEYANCE** as to the plaintiff's following claims until an evidentiary hearing as to the matter of exhaustion is conducted: (1) Fourth Amendment excessive force claim against defendant Walter for the alleged grabbing of the plaintiff's arm; (2) Fourth Amendment excessive force claim against defendant Schickvam for the plaintiff's allegation that he slammed the plaintiff's finger in a door; (3) Eighth Amendment condition of confinement claim against defendant Voekler, Clews, and Young for the alleged tampering of the plaintiff's meals; and (4) Eighth Amendment conditions of confinement claim against defendant Schultz for the allegation that he denied the plaintiff clean drinking water.

4. The defendants' motion is **GRANTED** as to all other claims.

5. The plaintiff's motion for summary judgment (Doc. 193) is **DENIED**.

6. The matter is **REMANDED** to Judge Caraballo to conduct an evidentiary hearing as to the matter of exhaustion for the plaintiff's grievances regarding the following claims: (1) Fourth Amendment excessive force claim against defendant Walter for the alleged grabbing of the plaintiff's arm; (2) Fourth Amendment excessive force claim

- 3 -

against defendant Schickvam for the plaintiff's allegation that he slammed the plaintiff's finger in a door; (3) Eighth Amendment condition of confinement claim against defendant Voekler, Clews, and Young for the alleged tampering of the plaintiff's meals; and (4) Eighth Amendment conditions of confinement claim against defendant Schultz for the allegation that he denied the plaintiff clean drinking water. Following the evidentiary hearing, Judge Caraballo shall make a supplemental report and recommendation as to the issue of exhaustion of administrative remedies.

Dated: October 22, 2025           *s/Joseph F. Saporito, Jr.*
                                  JOSEPH F. SAPORITO, JR.
                                  United States District Judge